No. 77–517. DOLWIG v. UNITED STATES, ante, p. 956;

No. 77–5026. WITT v. FLORIDA, ante, p. 935;

No. 77–5235. WARRINER v. FLORIDA ET AL., ante, p. 870;

No. 77–5438. CRUM v. WALTER H. BRYAN, INC., ET AL., ante, p. 942;

No. 77–5498. STUART v. ARKANSAS, ante, p. 942;

No. 77–5514. SMITH v. WHITE STORES, INC., ante, p. 958;

No. 77–5542. ZILKA v. WALKER ET AL., ante, p. 973;

No. 77–5558. WEST v. SMITH, ante, p. 973; and

No. 77–5618. BALOUN v. UNITED STATES, ante, p. 974. Petitions for rehearing denied.

No. 75–855. BROWN v. UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF TEXAS ET AL., 424 U. S. 906; and

No. 77–290. COLE v. UNITED STATES, ante, p. 943. Motions for leave to file petitions for rehearing denied.

JANUARY 16, 1978

No. 77–422. NATIONAL EDUCATION ASSN. ET AL. v. SOUTH CAROLINA ET AL.; and

No. 77–543. UNITED STATES v. SOUTH CAROLINA ET AL. Affirmed on appeal from D. C. S. C. MR. JUSTICE MARSHALL and MR. JUSTICE BLACKMUN took no part in the consideration or decision of these appeals. Reported below: 445 F. Supp. 1094.

MR. JUSTICE WHITE, with whom MR. JUSTICE BRENNAN joins, dissenting.

For many years, South Carolina has used the National Teachers' Examinations (NTE) in hiring and classifying teachers, despite the advice of its authors that it should not be used as the State uses it and despite the fact that it serves to disqualify a greater proportion of black applicants than white and to place a greater percentage of black teachers in